# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **CARL CAREY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ACTION NO. 4:19-CV-278 |
| | § | JUDGE JORDAN/JUDGE JOHNSON |
| **CITIBANK, N.A., EXPERIAN** | § | |
| **INFORMATION SOLUTIONS, INC.** | § | |
| **TRANS UNION, LLC, and EQUIFAX** | § | |
| **INFORMATION SERVICES, LLC,** | § | |
| | § | |
| Defendants. | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 17, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #22) that Defendant Citibank, N.A.'s ("Citibank") Motion to Compel Arbitration (Dkt. #14) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Citibank's Motion to Compel Arbitration (Dkt. #14) is hereby **GRANTED**, and this case is **STAYED** pending resolution of the arbitration proceeding.

Each party shall bear its own costs.

**So ORDERED and SIGNED this 8th day of October, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE